JAMES B. MACY, ESQ. [071777]
LAW OFFICES OF JAMES B. MACY
7309 Stockton Boulevard, Suite B
Sacramento, CA 95823
916-392-5685
916-392-5687 (FAX)

Attorney for PING HONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

--oo0oo--

| | |
|---|---|
| PING HONG, | Case No. 1:07-cv-01503-AWI-SMS |
| Plaintiff, | STIPULATION TO INTRA-DISTRICT TRANSFER PURSUANT TO LOCAL RULE **3-120(f); ORDER** |
| v. | |
| PETER D. KEISLER, Acting Attorney General of the United States, et. al., | |
| Respondents. | |

    Plaintiff, by and through her counsel, inadvertently commenced this action in the Fresno division of the Eastern District of California.

    The appropriate venue, based on the Plaintiff's residence in Sacramento County, is the Sacramento Division. [Local Rule 3-120(d).]

    On the basis that the action has not been commenced in the proper court in accordance with Rule 3-120(d) the undersigned parties stipulate that the action be transferred to the Sacramento Division of the Eastern District of California.

SO STIPULATED.

_____

**STIPULATION TO INTRA-DISTRICT TRANSFER**      Page 1

DATED:                                              DATED:

/s/ Audrey Hemesath                                 /s/ James B. Macy

_____      _____

AUDREY HEMESATH                                     JAMES B. MACY
Assistant United States Attorney                    Attorney at Law
Attorney for Defendants                             Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING the court orders an intra-transfer to the Sacramento Division of the Eastern District of California.

IT IS SO ORDERED.

**Dated:   January 4, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

_____

**STIPULATION TO INTRA-DISTRICT TRANSFER**                                Page 2