McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PING HONG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, et al., <br><br> Defendants. | No. 2:08-cv-00036-MCE-DAD <br><br> **STIPULATION RE: REMAND AND RESPONDENTS' ANSWER AND ORDER** |

   This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. The delay in the agency adjudication of the application was in the Federal Bureau of Investigations' (FBI) processing of the background name check. As of the time of this filing, the name check is now complete, and the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 60 days from the date of the order of remand.

///

///

///

In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible.

Dated: February 4, 2008                                    Respectfully Submitted,

                                                           McGREGOR W. SCOTT
                                                           United States Attorney


                                           By:    /s/Audrey Hemesath
                                                  Audrey B. Hemesath
                                                  Assistant U.S. Attorney
                                                  Attorneys for the Respondents


                                           By:    /s/ James B. Macy
                                                  James B. Macy
                                                  Attorney for the Petitioner


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 60 days from the date of this Order.

IT IS SO ORDERED.

Dated: February 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE